**FILED UNDER SEAL**

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **ONTEL PRODUCTS CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>Defendants. | Civil Action No. 1:20-cv-1124 |

**Schedule A**

| No. | Seller ID/Defendant Store Name | Defendant Store Location |
|---|---|---|
| 1 | 02lansaa | eBay |
| 2 | 1893cerimanlm | eBay |
| 3 | 2018happydeal | eBay |
| 4 | 511_koria | eBay |
| 5 | aoc888 | eBay |
| 6 | armeena_535 | eBay |
| 7 | atlantamart2005 | eBay |
| 8 | auckland0806 | eBay |
| 9 | auwoodfashion | eBay |
| 10 | badf00d | eBay |
| 11 | baohhhke | eBay |
| 12 | bestbeedeals | eBay |
| 13 | bigdealforyou2014 | eBay |
| 14 | blackgall2014 | eBay |
| 15 | bluelanshome | eBay |
| 16 | bodhi1998 | eBay |
| 17 | broadfashion | eBay |
| 18 | cai201610280 | eBay |

| 19 | caromaro11 | eBay |
|---|---|---|
| 20 | colortop9 | eBay |
| 21 | cqjust2017 | eBay |
| 22 | cuny1550 | eBay |
| 23 | czliang-8896 | eBay |
| 24 | dealstoday88 | eBay |
| 25 | directimports1899 | eBay |
| 26 | doraemon_pocket | eBay |
| 27 | dutonyw | eBay |
| 28 | eastthird47 | eBay |
| 29 | easyshopping66 | eBay |
| 30 | e-store_88 | eBay |
| 31 | fuszww | eBay |
| 32 | gelivable.2u | eBay |
| 33 | glol1213ba | eBay |
| 34 | greatspringfield | eBay |
| 35 | grenstonly | eBay |
| 36 | gzjdx-61 | eBay |
| 37 | happyforall | eBay |
| 38 | happyleucky | eBay |
| 39 | hastinapur25 | eBay |
| 40 | hdnr9921 | eBay |
| 41 | helen.angel2011 | eBay |
| 42 | hongyinlon0 | eBay |
| 43 | hotdeal320 | eBay |
| 44 | hugurlife | eBay |
| 45 | isabellaworld | eBay |
| 46 | j_fanty | eBay |
| 47 | jackpan2019 | eBay |
| 48 | jaydean.cabin | eBay |
| 49 | jdstory-19 | eBay |
| 50 | jiadi13 | eBay |
| 51 | jiadi-14 | eBay |
| 52 | jiadi20 | eBay |
| 53 | jiaid_54 | eBay |
| 54 | jinhao.tao | eBay |
| 55 | jiudi33-3 | eBay |

| 56 | joldew_zm | eBay |
| --- | --- | --- |
| 57 | kaiya_49 | eBay |
| 58 | kansasdeal | eBay |
| 59 | klemeern | eBay |
| 60 | koyayu_0 | eBay |
| 61 | leejdi29 | eBay |
| 62 | lhjia_64 | eBay |
| 63 | lhjia_8018 | eBay |
| 64 | lhjiad-2 | eBay |
| 65 | linahu88 | eBay |
| 66 | lisa2-57 | eBay |
| 67 | lri-99 | eBay |
| 68 | luckylin2020 | eBay |
| 69 | maple-today | eBay |
| 70 | mars300492 | eBay |
| 71 | maxfun-it | eBay |
| 72 | maytrpssx | eBay |
| 73 | mido-5554 | eBay |
| 74 | mimosapplly | eBay |
| 75 | monsterxa | eBay |
| 76 | moonlight_dreamer365 | eBay |
| 77 | moonriver1980 | eBay |
| 78 | mosphiatanbul | eBay |
| 79 | ndracaena069 | eBay |
| 80 | ocean-beach | eBay |
| 81 | okay8-buy | eBay |
| 82 | ozpittosporum93 | eBay |
| 83 | pangp0 | eBay |
| 84 | pignewro | eBay |
| 85 | qdi1kida | eBay |
| 86 | qianhaifeinisi | eBay |
| 87 | qiavivi | eBay |
| 88 | reticulatabanco | eBay |
| 89 | sansadul-0 | eBay |
| 90 | star_2822 | eBay |
| 91 | sunny-store6 | eBay |
| 92 | surprise-7 | eBay |

| | | |
|---|---|---|
| 93 | szbhkei12 | eBay |
| 94 | sziming-52 | eBay |
| 95 | ther-286 | eBay |
| 96 | ti_toys_store | eBay |
| 97 | tom2_25 | eBay |
| 98 | topdenverstore | eBay |
| 99 | toyhome519 | eBay |
| 100 | truejacku | eBay |
| 101 | tutudatojk | eBay |
| 102 | vip9029 | eBay |
| 103 | yishengmall2014 | eBay |
| 104 | yofunny1 | eBay |
| 105 | yupppei | eBay |
| 106 | zkh39clematis | eBay |

| | |
|---|---|
| Date: September 25, 2020 | Respectfully submitted, |

 /s/ Monica Riva Talley
Monica Riva Talley (VSB No. 41840)
Nicholas J. Nowak (*pro hac pending*)
Daniel S. Block (*pro hac pending*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiff*