UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **ONTEL PRODUCTS CORPORATION,**<br><br>  Plaintiff,<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>  Defendants. | Civil Action No.  1:20-cv-1124-LO-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that there are no counsel of record for defendants at this time.


Date: October 28, 2020
       /s/ Monica Riva Talley
       Monica Riva Talley (VSB No. 41840)
       Nicholas J. Nowak (*pro hac vice*)
       Daniel S. Block (*pro hac vice*)
       STERNE KESSLER GOLDSTEIN & FOX, PLLC
       1100 New York Ave., N.W., Suite 600
       Washington, DC 20005-3934
       Telephone No.: (202) 371-2600
       Facsimile No.: (202) 371-2540
       mtalley@sternekessler.com
       nnowak@sternekessler.com
       dblock@sternekessler.com

       *Attorneys for Plaintiff*