UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **ONTEL PRODUCTS CORPORATION,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>      **Defendants.** | Civil Action No.  1:20-cv-1124-LO-TCB |

### DECLARATION OF MONICA RIVA TALLEY REGARDING SERVICE OF DEFENDANTS BY EMAIL

I, Monica Riva Talley, hereby declare as follows:

1. I am an attorney with the law firm Sterne Kessler Goldstein & Fox PLLC, counsel for Plaintiff Ontel Products Corporation.

2. I am a member in good standing of the Bar of the state of Virginia.  My Virginia State Bar number is 41840.

3. On September 28, 2020, this Court entered an Order (ECF 21) permitting Plaintiff to serve the foreign Defendants with process by email. The Clerk issued individual summonses on October 29, 2020 (ECF 40).

4. On October 30, 2020, Plaintiff served the below listed Defendants by their email addresses. Plaintiff included a copy of the Verified Complaint, individual summons, and a copy of the Court's September 28, 2020 Order.

| No. | Defendant Store Name | Defendant Name | Email address |
|---|---|---|---|
| 1 | 02lansaa | 冬娥 贾 (Dong'e Jia) | a002lans@outlook.com |
| 2 | 1893cerimanlm | 四红 镇 (Si Hong Zhen) | michelia9ceriman3@outlook.com |
| 4 | 511_koria | 尧威 蒋 (Yao Wei Jiang) | jd100ways@163.com<br>NEWjd999@163.com<br>dchyqdi@outlook.com<br>jiading07SM@163.com<br>NEWjd666@163.com<br>NEWjd888@163.com |
| 5 | aoc888 | 洪茜 阚 (Hong Qian Kan) | jiading190722@163.com<br>GJidhdigche861@163.com<br>JiaDinghai666@163.com<br>JiaDinghai888@163.com<br>Jidhdigch8614@163.com |
| 6 | armeena_535 | Harut Vachagan Manasyan | manasyan.harut@mail.ru |
| 7 | atlantamart2005 | 思敏 徐 (Simin Xu) | san3wood@outlook.com<br>pengtuosikeji@outlook.com |
| 9 | auwoodfashion | 帆 杨 (Fan Yang) | woodsecurity2011@gmail.com<br>greatspringfield2017@outlook.com |
| 10 | badf00d | Noam Alon | noam1337@gmail.com<br>lldanxll@gmail.com<br>llcashdll@gmail.com |
| 11 | baohhhke | 杰 王 (Jie Wang) | baohhhkeji@outlook.com<br>chloranthusbaohong@outlook.com |
| 13 | bigdealforyou2014 | 倡铭 赵 (Chan Ming Zhao) | bigdearforyou@outlook.com<br>banana1002@outlook.com |
| 15 | bluelanshome | Fan Yang | bluelanshome2014@outlook.com<br>bluelanshome2017@outlook.com |
| 16 | bodhi1998 | 裕春 陈 (Yu Chun Chen) | szbodhi1998@outlook.com |
| 17 | broadfashion | Ying Jia | newbroadfashion@outlook.com<br>citydiscount2017@outlook.com |
| 18 | cai201610280 | 玲 马 (Ling Ma) | cai2016one@outlook.com<br>qiqicai20161128@outlook.com |
| 19 | caromaro11 | Ahmed Bahgat | ahmedbahgat90000@gmail.com |
| 20 | colortop9 | 艳艳 曾 (Yan Yan Zeng) | caroy99er@outlook.com |
| 21 | cqjust2017 | Qingna Hu | cszstore85@outlook.com<br>hqingna1231@163.com |
| 22 | cuny1550 | 春英 刘 (Chunying Liu) | cunyingll@outlook.com |

| No. | Defendant Store Name | Defendant Name | Email address |
|---|---|---|---|
| 23 | czliang-8896 | 金豪 范 (Jin Hao Fan) | Bo_tree77@outlook.com<br>taojie2016@126.com<br>tom2020JD@163.com<br>tom28JD@163.com<br>tom8896JD@163.com<br>tom996JD@163.com<br>tom996JD@outlook.com |
| 24 | dealstoday88 | 秀贤 张 (Suhyun Zhang) | greatmart2016@outlook.com<br>dealstoday88@outlook.com |
| 25 | directimports1899 | 丽 陶 (Li Tao) | directimports188@outlook.com<br>salinayan@outlook.com |
| 26 | doraemon_pocket | Xingwen Chen | falconfly@126.com |
| 27 | dutonyw | 金君 董 (Jin Jun Dong) | tyduytn@outlook.com<br>mnnddsm@outlook.com |
| 28 | eastthird47 | 燕萍 吴 (Yan Ping Wu) | duckweek3@outlook.com |
| 29 | easyshopping66 | 秀贤 张 (Suhyun Zhang) | greatmart2015@outlook.com |
| 30 | e-store_88 | 晓笛 黄 (Xiao Di Huang) | earnougning@outlook.com |
| 31 | fuszww | 杰 王 (Jie Wang) | fuszwwkbs@outlook.com |
| 32 | gelivable.2u | Lili Yang | lilyboxing@gmail.com<br>resin.kit@gmail.com<br>resinkit.us@gmail.com<br>shootin.us@gmail.com<br>add2cart2013@gmail.com<br>fastdeal2013@gmail.com<br>joinbestworld@gmail.com<br>resinkit.uk@gmail.com |
| 33 | glol1213ba | 思敏 徐 (Simin Xu) | huanqsjialtd@outlook.com |
| 34 | greatspringfield | 帆 杨 (Fan Yang) | detopfashion@outlook.com<br>dallasdeal2016@hotmail.com<br>sandeal2000@gmail.com |
| 35 | grenstonly | 林 易 (Lin Yi) | gelundongbin@outlook.com |
| 36 | gzjdx-61 | 建文 谭 (Jian Wen Tan) | CJidhdigch11@163.com<br>CJidhdigch11@outlook.com<br>CJidhdigch99@163.com<br>gzjdxxjs666@163.com<br>Jiadiing_hhl89@163.com<br>jiading07BIG@163.com<br>sharon-8899@outlook.com |

| No. | Defendant Store Name | Defendant Name | Email address |
|---|---|---|---|
| 37 | happyforall | Luri Cuzeac | madstermd@gmail.com |
| 38 | happyleucky | 钰婷 张 (Yu Ting Zhang) | memarket@outlook.com |
| 39 | hastinapur25 | 双秀 黄 (Shuang Xiu Huang) | hastinapur@hotmail.com |
| 40 | hdnr9921 | 莉 张 (Li Zhang) | 18629818053@163.com |
| 41 | helen.angel2011 | 光辉 冯 (Guanghui Feng) | wangying198811@hotmail.com |
| 42 | hongyinlon0 | 红英 龙 (Hong Ying Long) | nebula058@outlook.com |
| 43 | hotdeal320 | 冬娥 贾 (Dong'e Jia) | hotdeal3202014@outlook.com |
| 46 | j_fanty | 海杰 胡 (Haijie Hu) | luckyAB1@163.com<br>guzhjiadi4569@163.com<br>guzhjiadi457@163.com<br>guzhjiadi47890@163.com<br>huhjie@outlook.com |
| 47 | jackpan2019 | 晓杰 潘 (Xiaojie Pan) | panjack0910@163.com<br>panjack0910@gmail.com |
| 48 | jaydean.cabin | 祖仁 陈 (Zu Ren Chen) | brotherren2014@163.com<br>brotherren@gmail.com |
| 49 | jdstory-19 | 建浩 罗 (Jian Hao Luo) | jdstory199@163.com<br>NEWjd999@163.com<br>luckyB3@163.com<br>jnatiod@outlook.com |
| 50 | jiadi13 | 欣欣 冷 (Xinxin Leng) | ejiading8202@163.com<br>JIAding0220@163.com<br>JIAding258@163.com<br>JIAding6996@163.com<br>JIAding857@163.com<br>JoldewZM@outlook.com |
| 51 | jiadi-14 | 欣欣 冷 (Xinxin Leng) | ejiading8202@163.com<br>JIAding0220@163.com<br>JIAding258@163.com<br>JIAding6996@163.com<br>JIAding857@163.com<br>JoldewZM@outlook.com |
| 52 | jiadi20 | 欣欣 冷 (Xinxin Leng) | ejiading8202@163.com<br>JIAding0220@163.com<br>JIAding258@163.com<br>JIAding6996@163.com<br>JIAding857@163.com<br>JoldewZM@outlook.com |

| No. | Defendant Store Name | Defendant Name | Email address |
|---|---|---|---|
| 53 | jiaid_54 | 振才 黎 (Zhencai Li) | BetterJD999@163.com<br>cridisgyi@outlook.com<br>jdHLee258@163.com<br>jdHLee888@163.com<br>jdHLee999@163.com<br>online24HS@163.com |
| 54 | jinhao.tao | 金豪 范 (Jin Hao Fan) | Bo_tree77@outlook.com<br>taojie2016@126.com<br>tom2020JD@163.com<br>tom28JD@163.com<br>tom8896JD@163.com<br>tom996JD@163.com<br>tom996JD@outlook.com |
| 55 | jiudi33-3 | 凌辉 蒋 (Ling Hui Jiang)<br>莹莹 李 (Yingying Li) | jiudi33@outlook.com<br>epr8975@163.com<br>13104397685@163.com |
| 56 | joldew_zm | 飞报 鲁 (Fei Bao Lu) | leejding2020@163.com<br>hjiading8202@163.com<br>chenjiadi9987@163.com<br>halenjiading@163.com<br>Jiadichen789@163.com<br>jiadixinxi566@163.com<br>xotinedt@outlook.com |
| 58 | kansasdeal | 思敏 徐 (Simin Xu) | sanwoodbags2011@outlook.com<br>greatspringfield2017@outlook.com<br>sandeal2000@gmail.com<br>xupengtuosiptd4m@outlook.com |
| 59 | klemeern | Klemen Černe | klemencerne90@gmail.com |
| 61 | leejdi29 | 飞报 鲁 (Fei Bao Lu) | leejding2020@163.com<br>hjiading8202@163.com<br>chenjiadi9987@163.com<br>halenjiading@163.com<br>Jiadichen789@163.com<br>jiadixinxi566@163.com<br>xotinedt@outlook.com |
| 62 | lhjia_64 | 熠琼 贾 (Yiqiong Jia) | lhjiading88@163.com |
| 63 | lhjia_8018 | 丽娜 胡 (Lina Hu) | ginkgo_99@outlook.com<br>gofly.chen@gmail.com<br>goflychen85@163.com<br>LHjiading2020@163.com<br>LHjiading2020@outlook.com<br>LHjiading66@163.com<br>LHjiading99@163.com |

| No. | Defendant Store Name | Defendant Name | Email address |
|---|---|---|---|
| 64 | lhjiad-2 | 丽娜 胡 (Lina Hu) | ginkgo_99@outlook.com<br>gofly.chen@gmail.com<br>goflychen85@163.com<br>LHjiading2020@163.com<br>LHjiading2020@outlook.com<br>LHjiading66@163.com<br>LHjiading99@163.com |
| 65 | linahu88 | 丽娜 胡 (Lina Hu) | alina612@163.com |
| 66 | lisa2-57 | 建浩 罗 (Jian Hao Luo) | lisa2020jd@163.com<br>NEWjd999@163.com<br>luckyB3@163.com<br>jnatiod@outlook.com |
| 67 | lri-99 | 海杰 胡 (Haijie Hu) | luckyAB1@163.com<br>guzhjiadi4569@163.com<br>guzhjiadi457@163.com<br>guzhjiadi47890@163.com<br>huhjie@outlook.com |
| 68 | luckylin2020 | 郑生 林 (Zheng Shenglin) | J_summer18@163.com<br>jiadi_6639@163.com<br>Jiading2020168@163.com<br>luckyB5@163.com<br>newsarts999@163.com<br>oliedntt@outlook.com |
| 70 | mars300492 | 小青 户 (Xiao Qing Hu) | Cargodance77@outlook.com<br>Eason299jd@163.com<br>jiading201907@163.com<br>MARSzz99@163.com<br>vimin2020@163.com |
| 71 | maxfun-it | 仰翰 刘 (Yang Han Liu) | yahanliu@maxfun-it.com |
| 72 | maytrpssx | 麦玲 常 (Mai Ling Chang) | maytrpssx1@outlook.com |
| 73 | mido-5554 | 熠琼 贾 (Yiqiong Jia) | midojd406@163.com |
| 74 | mimosapplly | 远 陆 (Yuan Lu) | mimosappldahlia62@outlook.com |
| 75 | monsterxa | 佳辉 刘 (Jiahui Liu) | liujiahuixin@outlook.com |
| 76 | moonlight_dreamer365 | 芝梅 闫 (Zhimei Yan) | guanghuisuiyue158@126.com |

6

| No. | Defendant Store Name | Defendant Name | Email address |
|---|---|---|---|
| 77 | moonriver1980 | Ma Ling<br>Ma Jinna | 2008accecity@gmail.com<br>2009accecity@gmail.com<br>2010accecity@gmail.com<br>2012tarazhou@gmail.com<br>2012xyzhou@gmail.com<br>accecity.2007@gmail.com<br>accecity.2011@gmail.com<br>tarazhou2008@gmail.com<br>freshmjn@gmail.com<br>greatdigital11@gmail.com<br>newkitty2010@gmail.com<br>winddeal2011@gmail.com<br>wishourbaby@gmail.com<br>xiao2huan2010@gmail.com<br>ystd110@outlook.com<br>majinna@gmail.com |
| 78 | mosphiatanbul | 金豪 范 (Jin Hao Fan) | Bo_tree77@outlook.com<br>taojie2016@126.com<br>tom2020JD@163.com<br>tom28JD@163.com<br>tom8896JD@163.com<br>tom996JD@163.com<br>tom996JD@outlook.com |
| 79 | ndracaena069 | 娜 李 (Na Li) | teendracaena069l@outlook.com |
| 80 | ocean-beach | 金娜 马 (Jinna Ma)<br>Zhou Jingsheng | 2007estone@gmail.com<br>2009estone@gmail.com<br>2010estone@gmail.com<br>2011estone@gmail.com<br>estone201208@gmail.com<br>kangxy0521@gmail.com<br>payment.winddeal@gmail.com<br>wangdecheng2010@gmail.com<br>accecity.ca@gmail.com<br>accecity009@gmail.com<br>estone.2006@gmail.com<br>wishourbaby2010@gmail.com |
| 81 | okay8-buy | 世杰 黎 (Shijie Li) | CHjadingxinx897@163.com<br>GZ_jiading99@163.com<br>Mo_jiading66@163.com<br>Mo_jiadingxin656@163.com<br>okay8buy@163.com<br>Okayli@outlook.com |
| 82 | ozpittosporum93 | 海 于 (Hai Yu) | pittosporum339yhaloe@outlook.com |

| No. | Defendant Store Name | Defendant Name | Email address |
|---|---|---|---|
| 83 | pangp0 | 艳 庞 (Yan Pang) | pangpangyy@outlook.com |
| 85 | qdi1kida | 思敏 徐 (Simin Xu) | qsqdi1kida@outlook.com |
| 86 | qianhaifeinisi | 冬娥 贾 (Dong'e Jia) | shengangqinahai2@outlook.com |
| 87 | qiavivi | 勇 万 (Yong Wan) | asmc002747@sina.com |
| 88 | reticulatabanco | 珍珍 王 (Zhenzhen Wang) | citrusreticulatabanco@outlook.com |
| 89 | sansadul-0 | Sandra Sadulskyte | sadsadsandra3@gmail.com |
| 90 | star_2822 | 熠琼 贾 (Yiqiong Jia) | star258jd@163.com |
| 91 | sunny-store6 | 秋香 何 (Qiuxiang He) | sunnybrilliant@outlook.com<br>hardnice3@163.com |
| 92 | surprise-7 | 海涛 徐 (Haitao Xu) | xht8210@hotmail.com |
| 93 | szbhkei12 | 杰 王 (Jie Wang) | szbhkeiyougs@outlook.com |
| 94 | sziming-52 | 飞报 鲁 (Fei Bao Lu) | leejding2020@163.com<br>hjiading8202@163.com<br>chenjiadi9987@163.com<br>halenjiading@163.com<br>Jiadichen789@163.com<br>jiadixinxi566@163.com<br>xotinedt@outlook.com |
| 95 | ther-286 | 开卫 杨 (Kai Wei Yang)<br>伟楼 张 (Wei Lou Zhang) | xyjiading8202@163.com<br>STAR2020jd@163.com<br>gaolouzhang@163.com<br>STAR299jd@163.com<br>STAR88jd@163.com<br>STAR88jd@outlook.com<br>weilou888@gmail.com<br>zhweilou@outlook.com |
| 96 | ti_toys_store | Ishai Levi | ishailevi23@gmail.com<br>ishailevi16@gmail.com |
| 97 | tom2_25 | 熠琼 贾 (Yiqiong Jia) | tom223jd@163.com |
| 98 | topdenverstore | 汝宽 凌 (Ru Kuan Ling)<br>秀贤 张 (Suhyun Zhang) | san9wood@outlook.com<br>nanshanfuio@outlook.com<br>sandeal2000@gmail.com<br>sandeal2000@outlook.com |
| 99 | toyhome519 | 粤倩 朱 (Yue Qian Zhu) | zyqyet519@yeah.net |

| No. | Defendant Store Name | Defendant Name | Email address |
|---|---|---|---|
| 100 | truejacku | 杰忠 吴 (Jie Zhong Wu) | truejackuhju@outlook.com |
| 101 | tutudatojk | 玉坤 刁 (Yukun Diao) | tutu55datojk@outlook.com |
| 102 | vip9029 | Jinna Ma | boss201308@gmail.com<br>comeon11108@gmail.com<br>greenshop201318@gmail.com<br>hightechzhou@gmail.com<br>horse110806@gmail.com<br>mysky801@gmail.com<br>rohlin2013@gmail.com<br>vip201308@gmail.com |
| 103 | yishengmall2014 | 小玲 蔡 (Xiaoling Cai) | yichengmalla@outlook.com |
| 104 | yofunny1 | Meirong Li | 15662992803@163.com<br>leaful2016@163.com |
| 105 | yupppei | 玉培 史 (Yu Pei Shi) | iosdhkgjkhs4@hotmail.com |
| 106 | zkh39clematis | 开辉 钟 (Kai Hui Zhong) | flamingo339clematis@outlook.com |

5.    On information and belief, the emails sent to Defendants were delivered to the email addresses listed above.

I declare under penalty of perjury (under the laws of the United States of America) that the foregoing is true and correct.

9

| | |
|---|---|
| Date: November 10, 2020 | Respectfully submitted,<br><br>  /s/ Monica Riva Talley<br>Monica Riva Talley (VSB No. 41840)<br>Nicholas J. Nowak (*pro hac vice*)<br>Daniel S. Block (*pro hac vice*)<br>STERNE KESSLER GOLDSTEIN & FOX, PLLC<br>1100 New York Ave., N.W., Suite 600<br>Washington, DC 20005-3934<br>Telephone No.: (202) 371-2600<br>Facsimile No.: (202) 371-2540<br>mtalley@sternekessler.com<br>nnowak@sternekessler.com<br>dblock@sternekessler.com<br><br>*Attorneys for Plaintiff*<br>*Ontel Products Corporation* |

15828133.1